IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAYMOND G. PERELMAN,                    :    CIVIL ACTION
                                        :    NO. 12-7071
    Plaintiff,                          :
                                        :
  v.                                    :
                                        :
ARLIN ADAMS,                            :
                                        :
    Defendant.                          :

## O R D E R

**AND NOW**, this **21st** day of **May, 2013**, it is hereby **ORDERED** that Defendant's motion to dismiss (ECF No. 13) is **GRANTED** for the reasons stated in the accompanying memorandum. It is **further ORDERED** that the Clerk shall mark this case **closed.**

        **AND IT IS SO ORDERED.**


                                    **/s/ Eduardo C. Robreno**
                                    **EDUARDO C. ROBRENO,      J.**